Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  ALICIA RAMIREZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA RAMIREZ,            ) | Case No.:  1:14-cv-01176-SAB |
|            Plaintiff,      ) | ORDER RE: STIPULATION TO EXTEND BRIEFING SCHEDULE |
|      vs.                   ) | |
| CAROLYN COLVIN, Acting     ) | |
| Commissioner of Social Security, ) | |
|            Defendant       ) | |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Alicia Ramirez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to May 19, 2015; and that Defendant shall have until June 18, 2015, to file his opposition.  Any reply by plaintiff will be due July 3, 2015.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: March 24, 2015             Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  March 24, 2015           BENJAMIN WAGNER
United States Attorney


*/S/- Timothy R. Bolin

_____
Timothy R. Bolin
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

# ORDER

Based on the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before May 19, 2015;
2. Defendant's opposition shall be filed on or before June 18, 2015; and
3. Any reply by plaintiff shall be filed on or before July 6, 2015.

IT IS SO ORDERED.

Dated:   **March 25, 2015**

UNITED STATES MAGISTRATE JUDGE