# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALICIA RAMIREZ, | Case No. 1:14-cv-1176-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY PLAINTIFF'S SOCIAL SECURITY APPEAL SHOULD NOT BE DEEMED UNOPPOSED |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | TEN-DAY DEADLINE |
| Defendant. | |

On March 26, 2015, an order issued granting the parties stipulation to extend time for briefing. Pursuant to the stipulation, Plaintiff's opening brief was due on May 19, 2015; Defendant's opposition brief was due on June 18, 2015; and Plaintiff's reply was due July 6, 2015. (ECF No. 12.) Plaintiff filed her opening brief on May 20, 2015. (ECF No. 13.) Although the stipulated date has passed, Defendant has not filed an opposition brief.

Accordingly, IT IS HEREBY ORDERED that, within ten (10) days from the date of service of this order, Defendant shall either file a written response to this order to show cause why Plaintiff's opening brief should not be deemed unopposed or file an opposition to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   **July 1, 2015**

UNITED STATES MAGISTRATE JUDGE

1