# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA RAMIREZ,<br><br>       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.  1:14-cv-01176-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 14) |

On July 1, 2015, this Court issued an order requiring the defendant in this action to either show cause why this action is not unopposed based upon the failure to file a timely responsive brief or file a brief in opposition of Plaintiff's opening brief.  On July 10, 2015, Defendant filed a responsive brief.  Accordingly, the order to show cause, filed July 1, 2015, is HEREBY DISCHARGED.  Plaintiff shall file a reply brief, if any, on or before July 24, 2015.

IT IS SO ORDERED.

Dated:  **July 12, 2015**

                                            UNITED STATES MAGISTRATE JUDGE

1